# EXHIBIT 8



March 21, 2013

Loan to:
Millennium Healthcare, Inc.
400 Garden City Plaza, Suite 440
Garden City, NY 11530
Attn: Mr. Dominick Sartorio, CEO

RE: NOTICE of DEFAULT and ACCELERATION

Dear Mr. Sartorio:

This letter shall serve as NOTICE of DEFAULT and ACCELERATION pursuant to the Convertible Promissory Note (the "Agreements") by and between Millennium Healthcare, Inc. (the "Company"), in favor of TCA Global Credit Master Fund, LP (the "Secured Party")

Default Provisions:

1. The Company has failed to pay two installments of monthly principal and interest, each with a **Total Payable of $39,593.28**.

Pursuant to this NOTICE of DEFAULT and ACCELERATION, demand is made upon you for the full payment of the outstanding amount including principal, accrued interest, redemption premiums, and all other sums due to TCA.

Should the combined principal amount plus all accrued interest and premium not be received within ten (10) days after receipt of this Notice, the non-payment shall be deemed an EVENT of DEFAULT, and the Fund will utilize all remedies available at law and equity. Any amount of principal or interest which is not paid when due shall bear interest from the date due until such past due amount is paid at a rate of **interest equal to 18% (the "Default Rate").**

PLEASE GOVERN YOURSELF ACCORDINGLY.

TCA Global Credit Master Fund